UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**United States of America**

                                        **Criminal No. 12-cr-130-01-SM**

      v.

**Frederick V. McMenimen III**


## O R D E R

The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted; Final Pretrial is rescheduled to June 7, 2013 at 3:00 PM; Trial is continued to the two-week period beginning June 18, 2013, 9:30 PM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.


SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge


Date: April 29, 2013

cc: Bjorn Lange, Esq.
    William Morse, Esq.
    U.S. Marshal
    U.S. Probation