UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

Criminal No. 12-cr-130-01-SM

v.

Frederick V. McMenimen, III

O R D E R

The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted in part. The continuance is limited to 30 days. However, the issue will be revisited following the supplemental hearing currently scheduled for June 12, 2013.

Final Pretrial is rescheduled to July 12, 2013 at 2:00 PM; Trial is continued to the two-week period beginning July 23, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: June 6, 2013

```
cc:   William Morse
      Bjorn Lange
      U.S. Marshal
      U.S. Probation
```