UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Government

    v.                                Case No. 12-cr-130-1-SM

<u>Frederick V. McMenimen, III</u>,
    Defendant

**O R D E R**

After hearing, and crediting the expert opinion testimony provided by Albert M. Drukteinis, M.D., J.D., and in light of the government's concession, I find by a preponderance of the evidence that the defendant, Frederick V. McMenimen, III, is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.  18 U.S.C. § 4241(d).

Defendant is committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for such reasonable time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward.  18 U.S.C. 4241(d)(1).

    **SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

June 12, 2013

cc:  William E. Morse, AUSA
     Bjorn R. Lange, Esq.
     U.S. Probation
     U.S. Marshal